## THE PEOPLE OF THE TERRITORY OF UTAH, RESPONDENT, *v.* A. J. PEACOCK, APPELLANT.

Decided in accordance with *People* v. *Peacock*, ante p. 237.

APPEAL from a judgment of the district court of the third district, and from an order refusing a new trial.

*Mr. T. Maloney*, for appellant.

*Mr. F. S. Richards* and *Mr. J. H. Moyle*, for respondent.

BOREMAN, J.:

The record in this case is very meagre and imperfect, and the points sought to be raised have reference solely to the memorandum of costs, and are the same as were raised in the case of *People, etc.* v. *Peacock*, ante p. 237. For our views on the points raised we refer to the opinion delivered in that case.

The order and judgment of the court below are affirmed.

ZANE, C. J., and HENDERSON, J., concurred.